**Isidoro SANCHEZ; Marina Maravilla Gonzalez; Marisol Robles Maravilla; Juan Manuel Robles Maravilla, Petitioners,**

v.

**Michael B. MUKASEY,\* Attorney General, Respondent.**

No. 06–75720.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 3, 2007 \*\*.

Filed Dec. 10, 2007.

Isidoro Sanchez, Compton, CA, pro se.

District Counsel, Esq., Office of the District Counsel, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the Dis-

---

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

\* Michael B. Mukasey is substituted for his predecessor, Alberto R. Gonzales, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

\*\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

trict Counsel, San Francisco, CA, Daniel E. Goldman, Esq., U.S. Department of Justice, Washington, DC, for Respondent.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM ***

Isidoro Sanchez, Marina Maravilla Gonzalez, Marisol Robles Maravilla, and Juan Manuel Robles Maravilla, natives and citizens of Mexico, petition pro se for review of the Board of Immigration Appeals' denial as untimely of their motion to reopen proceedings in order to apply for protection under the Convention Against Torture following the denial of their applications for cancellation of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We deny the petition for review.

The petitioners contend that their motion to reopen was timely because there is no time limit for motions to reopen that seek relief under CAT and because they only recently became aware of "widespread torture" in Mexico. The petitioners filed their motion to reopen outside the ninety-day time limit set forth in 8 C.F.R. § 1003.2(c)(2). In addition, they failed to present material evidence of changed country conditions that was not available and could not have been presented at the previous proceeding. *See* 8 C.F.R.

§ 1003.2(c)(3)(ii); *He v. Gonzales,* 501 F.3d 1128, 1131–32 (9th Cir.2007).

**PETITION FOR REVIEW DENIED.**

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

